**U.S. Department of Transportation**
**Federal Motor Carrier Safety Administration**
**Safety and Fitness Electronic Records (SAFER) System**

## Company Snapshot

The *Company Snapshot* is a concise electronic record of a company's identification, size, commodity information, and safety record, including the safety rating (if any), a roadside out-of-service inspection summary, and crash information. The Company Snapshot is available via an ad-hoc query (one carrier at a time) free of charge.

### Search Criteria

Users can search by DOT Number, MC/MX Number or Company Name.

● USDOT Number   ○ MC/MX Number   ○ Name

Enter Value: 3283287

[ Search ]

---

SAFER Home | Feedback | Privacy Policy | USA.gov | Freedom of Information Act (FOIA) | Accessibility | OIG Hotline | Web Policies and Important Links | Plug-ins

Federal Motor Carrier Safety Administration
1200 New Jersey Avenue SE, Washington, DC 20590 • 1-800-832-5660 • TTY: 1-800-877-8339 • Field Office Contacts


EXHIBIT A

● USDOT Number  ○ MC/MX Number  ○ Name

Enter Value: 3283287

[ Search ]

## Company Snapshot
**KSMG LLC**
USDOT Number: 3283287

### ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Other Information for this Carrier**
▼ SMS Results
▼ Licensing & Insurance

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 06/14/2022. Carrier VMT Outdated.**

To find out if this entity has a pending insurance cancellation, please click here.

| | |
|---|---|
| Entity Type: | CARRIER |
| Operating Status: | AUTHORIZED FOR Property |
| Out of Service Date: | None |
| Legal Name: | KSMG LLC |
| DBA Name: | |
| Physical Address: | 3015 NORRIS AVE<br>PARMA, OH 44134 |
| Phone: | (937) 741-4343 |
| Mailing Address: | 3015 NORRIS AVE<br>PARMA, OH 44134 |
| USDOT Number: | 3283287 |
| State Carrier ID Number: | |
| MC/MX/FF Number(s): | MC-1038422 |
| DUNS Number: | -- |
| Power Units: | 1 |
| Drivers: | 1 |
| MCS-150 Form Date: | 07/07/2020 |
| MCS-150 Mileage (Year): | 360,000 (2019) |

**Operation Classification:**

| | | |
|---|---|---|
| X Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| X Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| X General Freight | Liquids/Gases | Chemicals |
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | |

ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

### US Inspection results for 24 months prior to: 06/14/2022

Total Inspections: 1
Total IEP Inspections: 0

**Note:** Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

#### Inspections:

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections | 1 | 1 | 0 | 0 |
| Out of Service | 0 | 1 | 0 | 0 |
| Out of Service % | 0% | 100% | % | 0% |
| Nat'l Average % as of DATE 05/27/2022* | 21.41% | 6.04% | 4.45% | N/A |

*OOS rates calculated based on the most recent 24 months of inspection data per the latest monthly SAFER Snapshot.

### Crashes reported to FMCSA by states for 24 months prior to: 06/14/2022

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

#### Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

---

ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

### Canadian Inspection results for 24 months prior to: 06/14/2022

Total inspections: 0

**Note:** Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

#### Inspections:

| Inspection Type | Vehicle | Driver |
|---|---|---|
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

### Crashes results for 24 months prior to: 06/14/2022

**Note:** Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

#### Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

---

ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

#### Carrier Safety Rating:

The rating below is current as of: 06/14/2022

**Review Information:**

| Rating Date: | None | Review Date: | None |
|---|---|---|---|
| Rating: | None | Type: | None |



**SMS** Safety Measurement System

## KSMG LLC
U.S. DOT#: 3283287
Address: 3015 NORRIS AVE
PARMA, OH 44134
Number of Vehicles: 1
Number of Drivers: 1
Number of Inspections: 1

## Safety Rating & OOS Rates
(As of 06/14/2022 updated daily from SAFER )

**Not Rated**

### Out of Service Rates

| Type | OOS % | National Avg % |
|---|---|---|
| Vehicle | 0.0 | 21.4 |
| Driver | 100.0 | 6.0 |
| Hazmat | | 4.5 |

## Licensing and Insurance
(As of 06/14/2022 updated hourly from L&I )

### Active For-Hire Authority

| Type | Yes/No | MC#/MX# |
|---|---|---|
| Property | Yes | MC-1038422 |
| Passenger | No | |
| Household Goods | No | |
| Broker | No | |

## BASIC Status (Public Property Carrier View) ?
Behavior Analysis & Safety Improvement Categories (BASICs)

Based on a 24-month record ending May 27, 2022



| Unsafe Driving | Crash Indicator | Hours-of-Service Compliance | Vehicle Maintenance | Controlled Substances and Alcohol | Hazardous Materials Compliance | Driver Fitness |
|---|---|---|---|---|---|---|
| | Not Public | | | | Not Public | |

    

## On-Road Performance

| 0 Measure | NOT PUBLIC | 7 Measure | 0 Measure | 0 Measure | NOT PUBLIC | 4 Measure |
|---|---|---|---|---|---|---|

## On-Road Performance Detail

| Driver Inspections with Unsafe Driving Violations: 0<br>Safety Event Group: No Safety Event Grouping<br>Avg. PU × UF: 1<br>Segment: Combination Carrier | NOT PUBLIC | Driver Inspections: 1 with HOS Compliance Violations: 1<br>Safety Event Group: No Safety Event Grouping | Vehicle Inspections: 1 with Vehicle Maint. Violations: 0<br>Safety Event Group: No Safety Event Grouping | Driver Inspections: 1 with Drugs/Alcohol Violations: 0<br>Safety Event Group: No Safety Event Grouping | NOT PUBLIC | Driver Inspections: 1 with Driver Fitness Violations: 1<br>Safety Event Group: No Safety Event Grouping |

# Investigation Results

| No Acute/Critical Violations Discovered | N/A | No Acute/Critical Violations Discovered | No Acute/Critical Violations Discovered | No Acute/Critical Violations Discovered | NOT PUBLIC | No Acute/Critical Violations Discovered |
|---|---|---|---|---|---|---|

Select a BASIC icon above to get details, or view your Complete SMS Profile.

## VIOLATION SUMMARY

**Violations: 2**

| Violations | Description | # Violations | # OOS Violations | Violation Severity Weight | BASIC |
|---|---|---|---|---|---|
| 395.8A-ELD | ELD - No record of duty status (ELD Required) | 1 | 1 | 5 | HOS Compliance |
| 391.11(b)(2) | Driver cannot read or speak the English language sufficiently to respond to official inquiries. | 1 | 0 | 4 | Driver Fitness |

## INSPECTION HISTORY

**Total Inspections: 1**

| Inspection Date | Report Number | State | Plate Number | Plate State | Type | Severity Weight (SW) | Time Weight (TiW) |
|---|---|---|---|---|---|---|---|
| 1/20/2021 | MILITTJ03205 | MI | PLA4437 | OH | STRAIGHT TRUCK | | 1 |
| HOS Compliance Violation: 395.8A-ELD ELD - No record of duty status (ELD Required) (OOS) | | | | | | 5 + 2 (OOS) | |
| Driver Fitness Violation: 391.11(b)(2) Driver cannot read or speak the English language sufficiently to respond to official inquiries. | | | | | | 4 | |

## REVIEWED-NOT PREVENTABLE CRASH ACTIVITY (VEHICLES INVOLVED IN CRASHES)

**Total Number of Crashes: 0**

This carrier has no crashes to display.

## CRASHES INCLUDED IN SMS (VEHICLES INVOLVED IN CRASHES)

**Total Number of Crashes: 0**

This carrier has no crashes to display.

## INVESTIGATION RESULTS

**Acute/Critical Violations: 0**

This carrier has no Acute/Critical violations to display.

### Summary of Activities

The summary includes information on the 5 most recent investigations and 24 months of inspections and crash history.

Most Recent Investigation:

### Carrier Registration

**Flags**

Subject to General Threshold

### Enforcement Cases

(Six years as of 06/14/2022 updated monthly from FMCSA)

No penalties found

Summary of Violations for U.S. DOT# 3283287

| BASIC | Violation Group Description | Violation | Descriptions | Convicted of a Different Charge | # of Violations | # of OOS Violations | Violation Severity Weight |
|---|---|---|---|---|---|---|---|
| HOS Compliance | Incomplete/Wrong Log | 395.8A-ELD | ELD - No record of duty status (ELD Required) | No | 1 | 1 | 5 |
| Driver Fitness | General Driver Qualification | 391.11(b)(2) | Driver cannot read or speak the English language sufficiently to respond to official inquiries. | No | 1 | 0 | 4 |