## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **JOHN BALLINGER,** | | |
| **Plaintiff,** | **8:22CV213** | |
| **vs.** | **ORDER TO SHOW CAUSE** | |
| **MATTHEW MARK GUSTAFSON, and KSMG, LLC,** | | |
| **Defendants.** | | |

Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  Fed. R. Civ. P. 4(m).

Plaintiff filed the Complaint on June 15, 2022.  (Filing No. 1).  More than 90 days has elapsed since the Complaint was filed.  To date, Plaintiff has not filed any return of service or signed waiver indicating service on the defendant, KSMG, LLC; KSMG, LLC has not entered a voluntary appearance or otherwise appeared; and Plaintiff has not requested an extension of time to complete service upon KSMG, LLC.  Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **October 11, 2022,** to show cause why the defendant, KSMG, LLC, should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) or take other appropriate action.  The failure to timely comply with this order may result in dismissal of KSMG, LLC from this action without further notice.

Dated this 20th day of September, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge