IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOHN BALLINGER, <br><br> Plaintiff, <br><br> vs. <br><br> MATTHEW MARK GUSTAFSON, and THESAFERIDERS, LLC, <br><br> Defendants. | 8:22CV213 <br><br> ORDER ON MOTION TO DISMISS AND STIPULATION FOR DISMISSAL |

This case is before the Court on Plaintiff's Motion to Dismiss with Prejudice, Filing 53, and the parties' Stipulation for Dismissal with Prejudice, signed by counsel for all parties, Filing 54. The parties stipulate to dismissal of this action with prejudice because all claims have been settled and resolved. The Court finds that the Stipulation moots Plaintiff's Motion to Dismiss. Accordingly,

IT IS ORDERED that Plaintiff's Motion to Dismiss with Prejudice, Filing 53, is denied as moot, and the parties' Stipulation for Dismissal with Prejudice, Filing 54, is granted. This case is dismissed with prejudice. Unless the parties have agreed otherwise in their settlement, each party shall bear its own costs.

Dated this 15th day of February, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1